IN THE
UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Norma Sanchez<br>Plaintiff<br><br>v.<br><br>Auto Assets, et al.<br>Defendants | CIVIL DOCKET<br><br>1:21-cv-00825-AJT-JFA |

## NOTICE OF DISMISSAL WITH PREJUDICE RE: ALL PARTIES AND COUNTS

Plaintiff, through counsel, notes the dismissal of this matter with prejudice regarding all counts and parties, no opposing party having filed an Answer or a Motion for Summary Judgment, pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

_____/s/_____
Thomas F. Hennessy (VSB No. 32850)
**THE HENNESSY LAW FIRM, PLLC**
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
Phone: (703) 865-8836
Fax: (703) 865-7633
thennessy@virginiawage.net

*Counsel for Plaintiff*

so ordered
9/29/21
Anthony J. Trenga
United States District Judge

## CERTIFICATE OF SERVICE

I have caused a copy of this paper to be filed electronically this day 29 September 2021 with ECF consistently with applicable rules, effectuating service thereby on all parties.

_____/s/_____
Thomas F. Hennessy